IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA AND | ) |
| LAWRENCE M. DOLAN, REVENUE OFFICER, | ) |
| INTERNAL REVENUE SERVICE, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A.  NO. |
| | ) |
| DONALD L. STAUFFER, PRESIDENT | ) |
| KEYSTONE CONTRACTORS, INC. | ) |
| | ) |
| Defendant. | ) |

COMPLAINT TO ENFORCE
INTERNAL REVENUE SUMMONS

For their Complaint, the United States of America and
Lawrence M. Dolan, Revenue Officer, Internal Revenue Service, by
their attorneys, allege as follows:

I.

This is a proceeding brought under authority of I.R.C.
§ 7604(a), (26 U.S.C. § 7604 (a)), to enforce judicially an
Internal Revenue Summons issued pursuant to Section 7602 to
enable Plaintiffs to prepare a Collection Information Statement
for the period ending February 1, 2001 to January 31, 2002.

II.

Plaintiff Revenue Officer is authorized to issue Internal
Revenue Summonses pursuant to Section 7602.

- 2 -

III.

The address of the Defendant, Donald L. Stauffer, (hereinafter "Defendant") is 20 Pine Side Drive, Perkasie, Pennsylvania, such address being within the jurisdiction of this Court.


IV.

Plaintiff Revenue Officer is presently conducting an investigation with respect to the collection of the outstanding tax liabilities of Keystone Contractors, Inc.

V.

On February 5, 2002, a copy of a Summons was served upon Defendant by hand delivering the Summons to him at his usual place of abode.  The summons directed the Defendant to appear on the 21st day of February, 2002 at 10:00 A.M.  at the office of the Internal Revenue Service, 801 Old York Road, Jenkintown, Pennsylvania, to testify and produce certain documents and records necessary to prepare a Collection Information Statement for Keystone Contractors, Inc. for the period ending February 1, 2001 to January 31, 2002, as is more fully set forth in the Summons. (Revenue Officer Dolan gave the defendant an extension to appear to March 5, 2002; defendant did not appear.)  The original of the Summons served upon the Defendant is attached

hereto and incorporated herein as Exhibit 1.

- 3 -

VI.

The Defendant did not appear before the Revenue Officer
Lawrence M. Dolan on the extended date.  The Declaration of
Plaintiff Revenue Officer reciting the failure to comply with the
Summons is attached hereto and incorporated as Exhibit 2.

VII.

It was and continues to be essential to the collection of
the outstanding federal tax liabilities of Keystone Contractors,
Inc., that the defendant be required to testify and produce those
records and documents demanded by the Summons, which are not in
the possession of the Plaintiffs.

VIII.

As indicated above, the investigation is being conducted
for a legitimate purpose and the information sought may be
relevant to that purpose.  The Plaintiffs have complied with the
administrative procedures required by the <u>Internal Revenue Code
of 1986</u>, as amended.

WHEREFORE, Plaintiffs respectfully pray:

1.  That this Court enter an Order directing the Defendant
to show cause why he should not comply with and obey the afore-
mentioned Summons in each and every requirement thereof.

- 4 -

2. That the Court enter an order directing the Defendant to obey the aforementioned Summons in each and every requirement thereof to the extent that he has not complied and to order that he testify, produce the books, records and other information as called for by the summons before Plaintiff Revenue Officer or any other properly designated officer of the Internal Revenue Service.

3.  That the United States recover its costs in maintaining this action.

4.  That the Court render such other and further relief as is just and proper.

PATRICK L. MEEHAN
UNITED STATES ATTORNEY


_____

Assistant United States Attorney